OSCN Found Document:IN THE MATTER OF THE STRIKING OF NAMES OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION

 

 
 

 
 IN THE MATTER OF THE STRIKING OF NAMES OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION
2019 OK 43
Case Number: SCBD-6659
Decided: 06/17/2019
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2019 OK 43, __ P.3d __

 

FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION.

IN THE MATTER OF THE STRIKING OF NAMES OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION FOR NONPAYMENT OF 2018 DUES
ORDER STRIKING NAMES
The Board of Governors of the Oklahoma Bar Association filed an Application for Order Striking Names of attorneys from the Oklahoma Bar Association's membership rolls for failure to pay dues as members of the Oklahoma Bar Association for the year 2018.
Pursuant to the Rules Creating and Controlling the Oklahoma Bar Association (Rules), 5 O.S. 2011 ch. 1, app. 1, art. VIII Â§2, the Oklahoma Bar Association's members named on Exhibit A, attached hereto, were suspended from membership in the Oklahoma Bar Association and prohibited from practicing law in the State of Oklahoma by this Court's Order of June 4, 2018, for failure to pay their 2018 dues in accordance with Article VIII, Section 2 of the Rules. Based upon the application, this Court finds that the Board of Governors determined at its May 17, 2019, meeting that none of the Oklahoma Bar Association members named on Exhibit A, attached hereto, have applied for reinstatement, pursuant to Article VIII, Section 4 of the Rules, at the time of the filing of its application. The Board of Governors further declared that the members named on Exhibit A, attached hereto, shall cease to be members of the Oklahoma Bar Association and that their names should therefore be stricken from its membership rolls and the Roll of Attorneys on June 4, 2019, pursuant to Article VIII, Section 5 of the Rules. This Court further finds that the actions of the Board of Governors of the Oklahoma Bar Association are in compliance with the Rules.
It is therefore ordered that the attorneys named as set forth on Exhibit A, attached hereto, are hereby stricken from the Roll of Attorneys for failure to pay their dues as members of the Association for the year 2018.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 17th DAY OF JUNE 2019.
/S/CHIEF JUSTICE
Gurich, C.J., Darby, V.C.J., Kauger, Winchester, Edmondson, Colbert and Combs, JJ., concur. 

EXHIBIT A
(DUES-STRIKE)
Ronald Eugene Berry, OBA #759
P.O. Box 490
Catoosa, OK 74015
Marcus James Bivines, OBA #21604
643 Providence Pl. S.W.
Atlanta, GA 30331
Ryan Kenneth Canady, OBA #16913
417 Merkle Dr.
Norman, OK 73069
Mark Robert Daniel, OBA #11075
Merck & Co Inc
P.O. Box 2000 Ry 60-30
Rahway, NJ 07065
Brian Lane Dickson, OBA #2354
P.O. Box 31593
Edmond, OK 73003-0027
Tai Chan Du, OBA #30784
3324 N. Classen Boulevard
Oklahoma City, OK 73118
Michael G. Harris, OBA #3903
9401 Forest Hollow Crt.
Oklahoma City, OK 73151
Mark Kelly Hunt, OBA #32019
3963 S. Hwy 97, Ste. 317
Sand Springs, OK 74063
Deborah E. Keele, OBA #16906
3006 W. Willowbrook Dr.
Enid, OK 73703-3846
M. Carol Layman, OBA #12130
17307 Oak Hollow Way
Spring, TX 77379
Trisha M. Levine, OBA #17403
350 W. Swan Cercle, Apt. 3401
Oak Creek, WI 53154-8320
Edward Anderson Logan, OBA #5495
908 N.W. 14th St.
Oklahoma City, OK 73106
Johnny W. Long, OBA #5509
114 S Irving Blvd.
Los Angeles, CA 90004-3841
April Beeman Metwalli, OBA #19351
3209 Rolling Rd.
Chevy Chase, MD 20815
Jason K. Moore, OBA #30652
205 Ridge Lake Blvd.
Norman, OK 73071
Jeff Michael Roberts, OBA #22287
6700 W. Memorial Rd., Apt. 313
Oklahoma City, OK 73142-6405
Timothy William Schneidau, OBA #30246
2448 E. 81st St., Suite 5606
Tulsa, OK 74137
Joshua Allen Walker, OBA #30936
16373 Scotland Way
Edmond, OK 73013
Trey Adolph Wirz III, OBA #18496
8207 Misty Landing Court
Humble, TX 77396
Robert D. Wittenauer, OBA #9808
9329 Battle Street
Manassas, VA 20110